REW R. GOODENOW (Bar No. 3722)
PARSONS BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno, Nevada 89501
Tel: (775) 323-1601
Fax: (775) 348-7250
rgoodenow@parsonsbehle.com

VANESSA HOLTON (CA Bar 111316)
General Counsel
ROBERT G. RETANA (CA Bar 148677)
Deputy General Counsel
DANIELLE A. LEE (CA Bar 223675)
Assistant General Counsel
THE STATE BAR OF CALIFORNIA
OFFICE OF GENERAL COUNSEL
180 Howard Street
San Francisco, CA 94105-1639
Telephone: (415) 538-2517
Fax: (415) 538-2321
Email: danielle.lee@calbar.ca.gov

Attorneys for Defendants
THE STATE BAR OF CALIFORNIA, and THE
STATE BAR COURT OF CALIFORNIA

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

LAS VEGAS DIVISION

| | |
|---|---|
| In re:<br><br>MICHAEL BRUCE STONE,<br><br>Debtor<br><br>MICHAEL BRUCE STONE,<br><br>Plaintiff<br><br>vs.<br><br>THE STATE BAR OF CALIFORNIA, et al.,<br><br>Defendants. | Case No. 12-17527-MKN<br>Adv. No. 2:16-ap-01081-MKN<br><br>DEFENDANTS THE STATE BAR OF CALIFORNIA AND THE STATE BAR COURT OF CALIFORNIA'S NOTICE OF HEARING ON MOTION TO DISMISS FIRST AMENDED ADVERSARY COMPLAINT TO DETERMINE DISCHARGEABILITY OF CERTAIN DEBTS AND FOR OTHER RELIEF<br><br>DATE:                September 22, 2016<br>TIME:                10:00 a.m.<br>Estimated Time of Hearing: 30 minutes<br>LOCATION:      Ctrm. 2<br>JUDGE:             Hon. Michael K. Nakagawa<br>Complaint filed:  June 9, 2016<br>Trial Date:         N/A |

1

DEF. STATE BAR'S NOTICE OF MOTION AND                                      CASE NO. 1:16-ap-01081-MKN
MOTION TO DISMISS FIRST AMENDED ADVERSARY COMPLAINT

1 **TO THE HONORABLE MICHAEL K. NAKAMURA, UNITED STATES**
2 **BANKRUPTCY JUDGE, DEBTOR/PLAINTIFF MICHAEL BRUCE STONE,**

3      **PLEASE TAKE NOTICE** that on September 22, 2016, at 10:00 a.m., in Courtroom 2,
4 before the Honorable Michael K. Nakagawa of the United States Bankruptcy Court, District of
5 Nevada, Las Vegas Division, located at 300 Las Vegas Blvd South, Las Vegas, Nevada 89101,
6 Defendants THE STATE BAR OF CALIFORNIA and THE STATE BAR COURT OF
7 CALIFORNIA (hereinafter "State Bar"), will move the Court to dismiss the First Amended
8 Adversary Complaint filed by Debtor/Plaintiff Michael Bruce Stone against them pursuant to
9 Rules 7008 and 7012 of the Federal Rules of Bankruptcy Procedure, and Rule 12(b) of the
10 Federal Rules of Civil Procedure, because (i) the State Bar has Eleventh Amendment immunity,
11 (ii) the action is barred by the Rooker-Feldman doctrine,  (named after <u>Rooker v. Fidelity Trust</u>
12 <u>Co.</u>, 263 U.S. 413, 44 S. Ct. 149, 68 L. Ed. 2d 362 (1923), and <u>D.C. Ct. of Appeals v. Feldman</u>,
13 460 U.S. 462, 103 S. Ct. 1303, 75 L. Ed. 2d 206 (1983))), (iii)  the restitution that the California
14 Supreme Court ordered Stone to pay is nondischargeable,  and (iv) overall, the Complaint and
15 each claim for relief alleged therein, fails to state a claim upon which relief can be granted.

16      **PLEASE TAKE FURTHER NOTICE** that the State Bar intends to rely on this Notice
17 of Hearing, the Motion to Dismiss the First Amended Adversary Complaint with accompanying
18 Memorandum of Points and Authorities, the Request for Judicial Notice filed concurrently
19 herewith, the Declaration of Danielle Lee, the papers and records on file with the Court in this
20 action, and such argument and evidence as may be presented at the hearing on this Motion.

21      IF YOU WISH TO OPPOSE THIS MOTION, YOU MUST FILE A WRITTEN
22 RESPONSE WITH THE BANKRUPTCY COURT AND SERVE A COPY OF IT UPON THE
23 MOVANT AND MOVANT'S ATTORNEY AT THE ADDRESS SET FORTH ABOVE NO
24 LESS THAN FOURTEEN (14) DAYS PRIOR TO THE HEARING DATE SET BY THE
25 COURT.  IF YOU FAIL TO FILE A WRITTEN RESPONSE TO THIS MOTION WITHIN
26 SUCH TIME PERIOD, THE COURT MAY TREAT SUCH FAILURE AS A WAIVER OF
27 YOUR RIGHT TO OPPOSE THE MOTION *AND* MAY GRANT THE REQUESTED RELIEF
28

1       If you do not file a written response with the court, or if you do not serve your written

2   response on the person who sent you this notice, then:

3       -The court may refuse to allow you to speak at the scheduled hearing; and,

4       -The court may rule against you without formally calling the matter at the hearing.

6   Dated:  August 18, 2016                        OFFICE OF THE GENERAL COUNSEL

8                                           By:   /s/ Danielle Lee
                                                Danielle Lee

                                        Attorneys for Defendants
                                        THE STATE BAR OF CALIFORNIA AND
                                        THE STATE BAR COURT OF CALIFORNIA

DEF. STATE BAR'S NOTICE OF MOTION AND                CASE NO. 2:16-ap-01081-MKN
MOTION TO DISMISS ADVERSARY COMPLAINT

1   I, Joan Randolph, hereby declare: that I am over the age of eighteen years and am not a
2   party to the within above-entitled action, that I am employed in the City and County of San
3   Francisco, that my business address is The State Bar of California, 180 Howard Street, San
4   Francisco, CA 94105.
5   I hereby certify that on this 18th day of August, 2016, I served a true and correct copy of
6   the foregoing

DEFENDANTS THE STATE BAR OF CALIFORNIA AND THE STATE BAR COURT OF CALIFORNIA'S NOTICE OF HEARING ON MOTION TO DISMISS FISRT AMENDED ADVERSARY COMPLAINT TO DETERMINE DISCHARGEABILITY OF CERTAIN DEBTS AND FOR OTHER RELIEF

through the Court's CM/ECF system which sent electronic notification to the registered users and by Overnight Delivery to:

> Michael B. Stone
> 848 N. Rainbow Boulevard, #1799
> Las Vegas NV  89107

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California on August 18, 2016.

/s/ Joan Randolph
Joan Randolph

3

DEF. STATE BAR'S NOTICE OF MOTION AND                                         CASE NO. 2:16-ap-01081-MKN
MOTION TO DISMISS ADVERSARY COMPLAINT