PETER M. ANGULO, ESQ.
Nevada Bar No. 003672
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone: 702-384-4012
Fax:    702-383-0701
pangulo@ocgas.com
tdillard@ocgas.com
Attorney for Defendant
Supreme Court of California

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

* * * *

In re:

MICHAEL BRUCE STONE,

Debtor,

_____

MICHAEL BRUCE STONE,

Plaintiff,

vs.

THE STATE BAR OF CALIFORNIA, et al.

Defendants.

Case No. 12-17527-MKN
Adv. No. 2:16-ap-01081-MKN

Hearing Date: September 22, 2016
Time:              10:00 AM

### JOINDER TO DEFENDANTS THE STATE BAR OF CALIFORNIA AND THE STATE BAR COURT OF CALIFORNIA'S MOTION TO DISMISS FIRST AMENDED COMPLAINT TO DETERMINE DISCHARGEABILITY OF CERTAIN DEBTS AND FOR OTHER RELIEF; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

COME NOW, Defendant, SUPREME COURT OF CALIFORNIA, by and through their counsel of record, PETER ANGULO, ESQ. and THOMAS D. DILLARD, JR., ESQ., of the law firm of OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI and hereby joins in Defendants the State Bar of California and the State Bar Court of California's Motion to Dismiss First Amended Complaint to Determine Dischargeability of Certain Debts and for Other Relief;

1  Memorandum of Points and Authorities in Support Thereof. [Doc. 36].

2      RESPECTFULLY SUBMITTED this 19th day of August, 2016.

3

4      OLSON, CANNON, GORMLEY,
    ANGULO & STOBERSKI

5

6  By _____
    PETER M. ANGULO, ESQ.

7      Nevada Bar No. 003672
    THOMAS D. DILLARD, JR., ESQ.

8      Nevada Bar No. 006270
    9950 West Cheyenne Avenue

9      Las Vegas, Nevada 89129
    Attorney for Defendant

10      Supreme Court of California