PETER M. ANGULO, ESQ.
Nevada Bar No. 003672
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone: 702-384-4012
Fax:    702-383-0701
pangulo@ocgas.com
tdillard@ocgas.com
Attorney for Defendant
Supreme Court of California

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

\* \* \* \*

In re:

MICHAEL BRUCE STONE,

    Debtor,

_____

MICHAEL BRUCE STONE,

    Plaintiff,

vs.

THE STATE BAR OF CALIFORNIA, et al.

    Defendants.

Case No. 12-17527-MKN
Adv. No. 2:16-ap-01081-MKN

Hearing Date: September 22, 2016
Time:                  10:00 AM

**JOINDER TO DEFENDANTS THE STATE BAR OF CALIFORNIA
AND THE STATE BAR COURT OF CALIFORNIA'S REPLY IN SUPPORT OF
MOTION TO DISMISS FIRST AMENDED COMPLAINT TO DETERMINE
DISCHARGEABILITY OF CERTAIN DEBTS AND FOR OTHER RELIEF**

COME NOW, Defendant, SUPREME COURT OF CALIFORNIA, by and through their counsel of record, PETER ANGULO, ESQ. and THOMAS D. DILLARD, JR., ESQ., of the law firm of OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI and hereby joins in Defendants the State Bar of California and the State Bar Court of California's Reply in Support of Motion to Dismiss First Amended Complaint to Determine Dischargeability of Certain Debts

and for Other Relief. [Doc. 47].

RESPECTFULLY SUBMITTED this 16th day of September, 2016.

        OLSON, CANNON, GORMLEY,
        ANGULO & STOBERSKI

        By _/s/ T. D. Dillard/_
        PETER M. ANGULO, ESQ.
        Nevada Bar No. 003672
        THOMAS D. DILLARD, JR., ESQ.
        Nevada Bar No. 006270
        9950 West Cheyenne Avenue
        Las Vegas, Nevada 89129
        Attorney for Defendant
        Supreme Court of California