NVB 8005−1 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>MICHAEL BRUCE STONE ,<br>       Debtor(s) | BK−12−17527−mkn<br>CHAPTER 7<br><br>Adversary Proceeding:  16−01081−mkn |
| MICHAEL B. STONE<br>       Plaintiff(s)<br><br>vs<br><br>STATE BAR OF CALIFORNIA<br>SUPREME COURT OF CALIFORNIA<br>STATE BAR COURT OF CALIFORNIA<br>       Defendant(s) | Appeal Reference Number:  17−23<br><br>NOTICE OF REFERRAL<br>OF APPEAL TO<br>BANKRUPTCY APPELLATE PANEL |

MICHAEL B. STONE
       Appellant(s)

vs

STATE BAR OF CALIFORNIA; ET. AL.
       Appellee(s)

To:  All Parties in Appeal
    U.S. Trustee

**NOTICE IS GIVEN** that a Notice of Appeal has been filed by MICHAEL B. STONE with the Clerk of the Bankruptcy Court on 5/22/17.

The above appeal has been referred to the U.S. Bankruptcy Appellate Panel of the Ninth Circuit (BAP).

Dated: 5/23/17

*Mary A Schott* (signature)

Mary A. Schott
Clerk of Court