NVB 8010–6 (Rev. 7/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>MICHAEL BRUCE STONE ,<br>       Debtor(s) | BK−12−17527−mkn<br>CHAPTER 7<br><br>Adversary Proceeding:  16−01081−mkn |
| MICHAEL B. STONE<br>       Plaintiff(s) | Appeal Reference Number:  17−23 |
| vs<br><br>STATE BAR OF CALIFORNIA<br>SUPREME COURT OF CALIFORNIA<br>STATE BAR COURT OF CALIFORNIA<br>       Defendant(s) | TRANSMITTAL FORM TO<br>BANKRUPTCY APPELLATE PANEL<br><br>OFFICE NUMBER 0978/2 |
| MICHAEL B. STONE<br>       Appellant(s)<br><br>vs<br><br>STATE BAR OF CALIFORNIA, ET. AL.<br>       Appellee(s) | |

To:  Bankruptcy Appellate Panel
    125 South Grand Avenue, Pasadena, CA 91105

| | |
|---|---|
| Appeals Filed in the Same Bankruptcy Case or in a Related ADV Case | N/A |
| Bankruptcy Judge | MIKE K. NAKAGAWA |
| Date Notice of Appeal Filed | 5/22/17 |
| Date of Entry of Order Appealed | 5/1/17 |
| Date Adversary Filed | 6/9/16 |
| Other | |

Dated: 5/23/17

*Mary A Schott*

Mary A. Schott
Clerk of Court